WO

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph A. Mancuso,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>　　　　　Respondents. | No. CV-08-01366-PHX-FJM<br><br>**ORDER** |

　　　The court has before it Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. 1), Respondents' answer (doc. 9), and the Report and Recommendation of the United States Magistrate Judge (doc. 11).  No objection to the Report and Recommendation was filed.

　　　After review, we accept the recommended decision of the United States Magistrate Judge pursuant to Rule 8(b), Rules Governing § 2254 Cases.  Therefore, **IT IS ORDERED DENYING** the Petition for Writ of Habeas Corpus (doc. 1).

　　　DATED this 26th day of February, 2009.

　　　　　　　　　　　　　　　　　　_Frederick J. Martone_
　　　　　　　　　　　　　　　　　　Frederick J. Martone
　　　　　　　　　　　　　　　　　　United States District Judge